■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESTER LEE, Appellant. [664 NYS2d 941] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 25, 1983 (*People v Lee,* 93 AD2d 1004), affirming a judgment of the Supreme Court, Kings County, rendered December 15, 1978.

Ordered that the application is dismissed as academic, since the appellant died on June 3, 1997. Mangano, P. J., Joy, Krausman and Florio, JJ., concur.